UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN EDWARD WINKELMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | Civil No. 3:10-CV-01015-HZ<br><br><br>ORDER FOR EAJA FEES |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412,  it is hereby ORDERED that EAJA attorney's fees of $5,000.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 130 S.Ct. 2521 (2010).  If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney David Hittle, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Petitioner's counsel, David Hittle, at 388 State Street, Suite 1000, Salem, Oregon 97301.

DATED this  3rd   day of              June            , 2011.


                             /s/ Marco A. Hernandez
                             UNITED STATES DISTRICT JUDGE


Page 1  ORDER FOR EAJA FEES - [3:10-CV-01015-HZ]

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
of Attorneys for Defendant
(206) 615-3717